AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Ruiqi Lui<br>a/k/a "Ricky Lau"<br><br>_Defendant_ | )<br>)  Case No.  24-cr-10187-AK<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Ruiqi Lui a/k/a "Ricky Lau"                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ☑ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation and Wire Fraud

18 U.S.C. § 1343 - Wire Fraud


Date:  _Sept 19, 2024_                                            _David H. Hennessy_
                                                                                _Issuing officer's signature_

City and state:     Boston, Massachusetts                   Hon. David H. Hennessy, U.S. Magistrate Judge
                                                                                _Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_  _____ .

Date: _____                             _____
                                                                           _Arresting officer's signature_

                                                                           _____
                                                                           _Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Baijun Ou<br>a/k/a "Eric Ou"<br><br>_____<br>*Defendant* | )<br>)  Case No.  24-cr-10187-AK<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Baijun Ou a/k/a "Eric Ou"                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation and Wire Fraud

18 U.S.C. § 1343 - Wire Fraud

Date:  *Sept 19, 2024*

_____
*Issuing officer's signature*

City and state:  Boston, Massachusetts           Hon. David H. Hennessy, U.S. Magistrate Judge
                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____          _____
                                *Arresting officer's signature*

                               _____
                                *Printed name and title*